```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMIT HEZI and JOSEPH NINA,

                Plaintiffs,

- against -

CELSIUS HOLDINGS, INC.,

                Defendant.

---

**21 Civ. 9892 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The parties have notified the Court that they have reached an agreement in principle to settle all claims in this matter and seek to have all pending deadlines vacated. (See Dkt. No. 28.) The Court grants the parties' request and vacates all pending deadlines, including those in the civil case management plan and scheduling order, dated March 31, 2022 (see Dkt. No. 22) so that the parties may prepare and finalize the proposed settlement agreement and class notice.

**SO ORDERED.**

Dated:    14 October 2022
            New York, New York

                                        _____
                                          Victor Marrero
                                              U.S.D.J.