USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMIT HEZI and JOSEPH NINA,

                            Plaintiff,

            - against -

CELSIUS HOLDINGS, INC.,

                            Defendant.

---

**21 Civ. 9892 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

On consent of the parties, the Court grants Plaintiffs' request for leave to file their First Amended Complaint (<u>see</u> Dkt. No. 30-1) in the instant case to include Daniel Prescod ("Prescod") as a named Plaintiff and class representative, add additional Celsius products to the defined, at-issue "Products," add additional causes of action and allegations applicable to the Plaintiffs' claims including that of added Plaintiff Prescod and the class he seeks to represent, and adjust the Class definitions to reflect the terms of the proposed Settlement. The First Amended Complaint is hereby deemed filed and is now the operative complaint.

**SO ORDERED.**

Dated:     22 November 2022
           New York, New York

                                    _____
                                         Victor Marrero
                                            U.S.D.J.

1