UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT HEZI, JOSEPH NINA, and DANIEL PRESCOD individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CELSIUS HOLDINGS, INC,<br><br>　　　　Defendant. | Case No. 1:21-cv-09892-VM |

**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES**

**AND COSTS AND SERVICE AWARDS**

　　PLEASE TAKE NOTICE, that Class Counsel Clarkson Law Firm, P.C. respectfully moves the Court for an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure: (A) awarding Class Counsel fees in the amount of $2,600,000 (one-third of the Settlement Fund); (B) reimbursing litigation costs in the amount of $242,294.01; (C) granting Service Award to Court-appointed Class Representative, Amit Hezi, in the amount of $5,000; (D) granting Service Award to Court-appointed Class Representative, Joseph Nina, in the amount of $5,000; and (E) granting Service Award to Court-appointed Class Representative, Daniel Prescod, in the amount of $10,000.

　　PLEASE TAKE FURTHER NOTICE, that in support of its motion, Class Counsel will rely upon: (A) the accompanying Declaration of Class Counsel Ryan J. Clarkson and the exhibits thereto; (B) the accompanying Declaration of Class Representative Amit Hezi; (C) the accompanying Declaration of Class Representative Joseph Nina; and (D) the accompanying Declaration of Class Representative Daniel Prescod.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Order Granting Preliminary Approval of Settlement, dated November 23, 2022 (ECF 37), the Final Approval Hearing is scheduled for March 31, 2023 at 11:00 AM, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007.

A Proposed Order Awarding Attorneys' Fees and Costs and Service Awards is submitted concurrently herewith.

Dated: January 13, 2023

**CLARKSON LAW FIRM, P.C.**

By: /s/ Ryan J. Clarkson
Ryan J. Clarkson (SBN 5786967)
*rclarkson@clarksonlawfirm.com*
Timothy K. Giordano (SBN 4091260)
*tgiordano@clarksonlawfirm.com*
Bahar Sodaify (*pro hac vice*)
*bsodaify@clarksonlawfirm.com*
Zachary T. Chrzan *(pro hac vice)*
*zchrzan@clarksonlawfirm.com*
590 Madison Ave., 21st Fl
New York, NY 10022
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

*Attorneys for Plaintiffs and the Settlement Class*