UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIT HEZI et al.,

Plaintiffs,

-v.-

CELSIUS HOLDINGS, INC.,

Defendant.

21 Civ. 09892 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case has been reassigned to this Court. The Fairness Hearing previously set by Judge Victor Marrero (ECF No. 37) remains scheduled for March 31, 2023 at 11:00 A.M. The hearing will be conducted via Microsoft Teams. At least forty-eight hours before the Fairness Hearing, counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the hearing, and the Court will provide log-in credentials to those counsel. All others—*i.e.*, counsel who will not have speaking roles and members of the public—may listen to the hearing by dialing (646) 453-4442 and entering Conference ID 293 228 75, followed by the pound (#) key.

SO ORDERED.

Dated: March 3, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge